UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEFFERY MICHAEL BOUDREAUX | CIVIL ACTION |
| VERSUS | NO. 19-11807 |
| TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX, ET AL. | SECTION M (2) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge (R. Doc. 26), and the failure of plaintiff to file an objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 13th day of November, 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE